IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| ANTHONY J OLIVER, et al., | * |
| Plaintiffs, | * |
| v. | Case No. 1:24-CV-70 (WLS) |
| | * |
| TYRONE OLIVER, individually and in his capacity as Commissioner of the Georgia Department of Corrections, | * |
| | * |
| Defendant. | |

## **J U D G M E N T**

Pursuant to this Court's Order dated February 12, 2025, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiffs shall recover nothing of Defendant.

This 13th day of February, 2025.

David W. Bunt, Clerk

s/ Dennis Tomlinson, Deputy Clerk